NATHAN, Respondent, v. WOOLVERTON, Appellant. (Supreme Court, Appellate Division, Second Department. March 29, 1912.) Action by Siegmund Nathan against William H. Woolverton, as President of the New York Transfer Company. No opinion. Motions denied, without costs. See, also, 134 N. Y. Supp. 469.

———

NEUBERTH v. NEUBERTH (two cases). (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by Sarah E. Neuberth against Adam Neuberth. Wm. H. Zehr, appellant. No opinion. Motions granted to extent indicated in memorandum. Memorandum per curiam. Settle order on notice.

———

In re NEWARK & M. RY. CO. (Supreme Court, Appellate Division, Fourth Department. March 28, 1912.) In the matter of the application of the Newark & Marion Railway Company for the appointment of commissioners to determine whether or not the railroad shall be operated under steam power.

PER CURIAM. Report of commissioners confirmed, without passing upon the question as to whether the abutting owners are entitled to compensation for the alleged additional burden placed upon their property.

FOOTE, J., dissents, upon the ground that the special act under which this proceeding was instituted is invalid, in that it does not provide for compensation to the owners of the fee in Pearl street for the added burden due to the operation of the railroad by locomotive steam power.

———

NEW YORK COUNTY NAT. BANK v. HERRMAN. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by the New York County National Bank against James S. Herrman. No opinion. Motion for resettlement granted. Settle order on notice. See, also, 133 N. Y. Supp. 200.

———

NICHOLSON, Appellant, v. TOWN OF STILLWATER, Respondent. (Supreme Court, Appellate Division, Third Department. March 26, 1912.) Action by Elizabeth M. Nicholson, as administrator, etc., of William S. Nicholson, deceased, against the Town of Stillwater.

PER CURIAM. Judgment affirmed, with costs. See, also, 145 App. Div. 900, 129 N. Y. Supp. 1137.

BETTS, J., dissents.

———

NILES, Appellant, v. WINKLER et al., Respondents. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Cecilia W. Niles, as administratrix, against Leopold Winkler and others. H. H. Gibbs, for appellant. W. G. Cooke, for respondents.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 139 App. Div. 906, 124 N. Y. Supp. 1123.

LAUGHLIN and DOWLING, JJ., dissent.

———

NOONAN, Respondent, v. BUFFALO & L. E. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 20, 1912.) Action by Margaret Noonan against the Buffalo & Lake Erie Traction Company.

PER CURIAM. Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the court committed reversible errors in the reception of evidence.

McLENNAN, P. J., and FOOTE, J., dissent.

———

NORTON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 6, 1912.) Action by Roscoe G. Norton against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

———

NORWEGIAN LUTHERAN TRINITY CHURCH OF BROOKLYN & VICINITY, Appellant, v. KRELSOVITCH, Respondent, et al. (Supreme Court, Appellate Division, Second Department. March 29, 1912.) Action by the Norwegian Lutheran Trinity Church of Brooklyn and Vicinity against Meyer Krelsovitch and another. No opinion. Judgment reversed, and new trial granted, costs to abide the event, on the ground that the evidence presented by the plaintiff was sufficient to make out a prima facie case. See, also, 147 App. Div. 108, 131 N. Y. Supp. 845.

———

ONONDAGA COUNTY, Respondent, v. STRONG et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 20, 1912.) Action by Onondaga County against Daniel H. Strong and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

McLENNAN, P. J., not voting.

———

OTTOWAY, Appellant, v. MOSELY, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 20, 1912.) Action by John E. Ottoway against Mose Mosely. No opinion. Judgment and order affirmed, with costs.

———

OWENS v. OWENS et al. (Supreme Court, Appellate Division, Second Department. April 4, 1912.) Action by William Owens against John Owens and others. No opinion. Order affirmed, with $10 costs and disbursements to abide the final award of costs.

———

PALMA, Appellant, v. UNION FORK & HOE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 28, 1912.) Action by Michael Palma against the Union Fork & Hoe Company. No opinion. Motion for leave to appeal to Court of Appeals (from 133 N. Y. Supp. 1136) denied, with $10 costs.